IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC: 3:03 MC 110

**In the Matter of:**

**APPOINTMENT OF A MERIT SELECTION PANEL
FOR THE SELECTION OF A CHIEF U.S.
PROBATION OFFICER FOR THE U.S. DISTRICT
COURT FOR THE WESTERN DISTRICT OF
NORTH CAROLINA**

THIS MATTER is before the Court for the appointment of a merit selection panel to review applications for the position of Chief U.S. Probation/Pretrial Officer for this District.

IT IS HEREBY ORDERED that the persons listed below are named to serve on a merit selection panel to review applications for the position of Chief U.S. Probation/Pretrial Officer for the Western District of North Carolina.

## PANEL MEMBERS

Mark T. Calloway, Chairman
Attorney at Law
101 South Tryon Street
Suite 400
Charlotte, NC 28280
704.444.1089

Robert A. Blake, Jr.
Attorney at Law
435 E. Morehead Street
Charlotte, NC 28202
704.331.0767

Edward T. Hinson, Jr.
Attorney at Law
600 S. College Street
Suite 3000
Charlotte, NC 28202
704.372.9870

Lance A. Lawson
Attorney at Law
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
704.444.1114

Calvin E. Murphy
Attorney at Law
101 N. McDowell Street
Suite 210
Charlotte, NC 28204
704.376.5706

Claire J. Rauscher
Attorney at Law
435 E. Morehead Street
Charlotte, NC 28202
704.331.0863

Clifford C. Marshal
Attorney at Law
Marsh and Roth, PPLC
P.O. Box 769
Asheville, NC 28802
828.281.2100

Ann M. Tompkins
Assistant U.S. Attorney
227 W. Trade Street
Charlotte, NC 28202
704.344.6238

On or before December 15, 2003, the Panel shall submit to the Clerk of Court its report specifying the total number of applications received and the names of at least five persons it has determined to be the most qualified. All written information prepared or considered by the Panel as to the individuals recommended shall be attached to the Panel's report and submitted to the Clerk.

The Clerk is directed to serve a copy of this Order to all members of the Panel and all of the members of this Court.

This 16th day of September, 2003.

Graham C. Mullen, Chief
U.S. District Court Judge

Richard L. Voorhees
U.S. District Court Judge

Lacy H. Thornburg
U.S. District Court Judge

H. Brent McKnight
U.S. District Court Judge